Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
MARIE HOGAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE HOGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00240-JDP<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended forty-five (45) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be September 29, 2022. This is Plaintiff's first request for an extension of time. Plaintiff's counsel needs additional time to file Plaintiff's motion for summary judgment due to multiple conflicting deadlines in other matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: August 15, 2022                                            Respectfully submitted,


                                                                  /s/ *Jared Walker*
                                                                  Jared T. Walker,
                                                                  Attorney for Plaintiff

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: August 15, 2022      By:   /s/ *Margaret Lehrkind
                                         (*authorized by email on 8/15/2022)
                                         MARGARET LEHRKIND
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

                                                 ORDER

IT IS SO ORDERED.

Dated:   August 22, 2022                          _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE