Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
MARIE HOGAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIE HOGAN, | Case No.: 2:22-cv-00240-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended an additional 30 days from the existing deadline, such that Plaintiff's new deadline, with the Court's approval, will be October 31, 2022. This is Plaintiff's second request for an extension of time and is sought based on her counsel needing more time than anticipated to prepare Plaintiff's motion, as well as having to attend to other conflicting deadlines in unrelated matters undersigned is solely responsible for; particularly, competing briefing deadlines in seven other social security disability cases pending in district or circuit court, responsibility for investigating a pre-litigation premises liability claim in San Jose, CA, and ongoing handling of a purchase transaction of commercial real estate located in San Jose, CA.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly alongside Plaintiff's extension.

///

///

Dated: September 29, 2022					Respectfully submitted,


						 /s/ *Jared T. Walker*
						Jared T. Walker,
						Attorney for Plaintiff



SO STIPULATED:


						PHILLIP A. TALBERT
						United States Attorney


Dated: September 29, 2022		By:	/s/ *Margaret Lehrkind*
						(*authorized by email on 9/29/2022)
						MARGARET LEHRKIND
						Special Assistant United States Attorney
						Attorneys for Defendant


						ORDER


IT IS SO ORDERED.


Dated:     October 4, 2022				_____
						JEREMY D. PETERSON
						UNITED STATES MAGISTRATE JUDGE